PHILLIP A. TALBERT
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME NICOLAS ROJAS CHAVEZ,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MERRICK GARLAND, et al.,<br><br>　　　　　Defendants. | Case No.: 2:21-cv-1158 TLN<br><br>**JOINT STIPULATION AND ORDER RE: REMAND PURSUANT TO 8 U.S.C. § 1447(b)** |

　　　This is an immigration case in which Plaintiff alleges that Defendants have failed to make a determination on his application for naturalization within 120 days as required by statute. 8 U.S.C. § 1447(b). The parties stipulate to a remand to United States Citizenship and Immigration Services with instructions to adjudicate the matter within 45 days of the order of remand.

Dated: September 28, 2021　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　　<u>/s/ Audrey B. Hemesath</u>
　　　　　　　　　　　　　　　　　　　　　AUDREY B. HEMESATH
　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

1

DATED: September 28, 2021

Respectfully submitted,
/s/ Patrick Kolasinski
PATRICK KOLASINSKI
Attorney for the Plaintiff

## ORDER

Pursuant to 8 U.S.C. § 1447(b), United States Citizenship and Immigration Services is ordered to adjudicate the naturalization application within 45 days.

DATED: September 29, 2021

Troy L. Nunley
United States District Judge